UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **DEBRA A. BURNS,** | ) | Bankruptcy No. 16-15533 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 19, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

DERRICK B HAGER, P.C.
1525 KAUTZ RD. SUITE 400
WEST CHICAGO, IL 60185

**VIA REGULAR MAIL**

DEBRA A. BURNS
1028 SHERINGHAM DR.
NAPERVILLE, IL 60565

American InfoSource LP as agent for
American Honda Finance
PO Box 248838
Oklahoma City, OK 73124-8838

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000