**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  BURRNS, DEBRA A.                        §   Case No. 16-15533
                                                §
                                                §
                                                §
                  Debtor(s)

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/06/2016. The undersigned trustee was appointed on 05/06/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       360,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 277,770.19 |
   | Administrative expenses | 40,826.58 |
   | Bank service fees | 127.58 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 26,275.65 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 09/02/2016 and the deadline for filing governmental claims was 11/02/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $11,816.27, for a total compensation of $11,816.27[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2017            By: /s/ David R. Brown
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-15533  
**Case Name:** BURNS, DEBRA A.  
**For Period Ending:** 05/23/2017

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 05/06/2016 (f)  
**§ 341(a) Meeting Date:** 05/31/2016  
**Claims Bar Date:** 09/02/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1028 Sheringham Dr., Naperville, IL 60565-0000,<br>DuPage County<br>FMV based on zillow.com.<br><br>Entire property value: $474,520.00; Imported from original petition Doc# 1; Exemption: 1028 Sheringham Dr. Naperville, IL 60565 DuPage County FMV based on zillow.com AB-1.1 - Amount: 15000.00 | 474,520.00 | 0.00 | | 360,000.00 | FA |
| 2 | 1997 Trailmaster Boat Trailer, Jet Ski trailer<br>($80), boat trailer ($600) | 680.00 | 0.00 | | 0.00 | FA |
| 3 | typical household furniture & appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | lap top computer, 20" flat screen TV, Blackberry | 600.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6 | misc costume jewelry<br>Orig. Description: misc costume jewelry; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: US Bank | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: US Bank | 5,500.00 | 0.00 | | 0.00 | FA |
| 10 | IRA: American Independent Securities Group, RBC<br>Capital Markets, LLC Individual Retirement Account | 162,596.00 | 0.00 | | 0.00 | FA |
| 11 | Midland Annuity | 18,407.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 16-15533 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Date Filed (f) or Converted (c): | 05/06/2016 (f) |
| | | § 341(a) Meeting Date: | 05/31/2016 |
| For Period Ending: | 05/23/2017 | Claims Bar Date: | 09/02/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2015 tax refund: Federal | 441.00 | 0.00 | | 0.00 | FA |
| 12 | Assets   Totals   (Excluding unknown values) | **$664,864.00** | **$0.00** | | **$360,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order entered 9/30/16 to sell debtor's real estate for $360,000 free and clear of liens. Closing on real estate scheduled for 11/15/2016. Trustee to then review claims and file objections thereto if necessary.

| **Initial Projected Date Of Final Report (TFR):** | 01/15/2017 | **Current Projected Date Of Final Report (TFR):** | 04/25/2017 (Actual) |
|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 05/23/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/2016 |  | First American Title | net proceeds of sale |  | 26,411.56 |  | 26,411.56 |
|  | {1} | SHS Properties, LLC | gross sale prive $360,000.00 | 1110-000 |  |  | 26,411.56 |
|  |  | Ocwen Loan Servicing | first mortgage payoff -$277,505.51 | 4110-000 |  |  | 26,411.56 |
|  |  | Debra Burns | homestead -$15,000.00 | 8100-002 |  |  | 26,411.56 |
|  |  | BHHS Koenig Rubloff | real estate commission (gross) -$22,095.00 | 3510-000 |  |  | 26,411.56 |
|  |  | first American Title | title charges -$2,245.00 | 2500-000 |  |  | 26,411.56 |
|  |  | DuPage County | transfer taxes -$540.00 | 2500-000 |  |  | 26,411.56 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

|   | Exhibit B |
|---|---|
|   | Page: 2 |

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 05/23/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Brighton Ridge Property | delinquent condo assn fees  -$1,042.88 | 2500-000 |  |  | 26,411.56 |
|  |  | Professional Land Surveying | survey  -$350.00 | 2500-000 |  |  | 26,411.56 |
|  |  | SHS Properties, LLC | property tax proration credit  -$9,786.92 | 2500-000 |  |  | 26,411.56 |
|  |  | City of Naperville | lien for unpaid water bill  -$264.68 | 4120-000 |  |  | 26,411.56 |
|  |  | American Cleanouts | Clean out premises and removal of junk  -$3,580.00 | 2420-000 |  |  | 26,411.56 |
|  |  | HBK Maintenance | change locks  -$300.00 | 2420-000 |  |  | 26,411.56 |
|  |  | Naperville Utilities | utility hookup  -$878.45 | 2500-000 |  |  | 26,411.56 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                                    ! - transaction has not been cleared

Exhibit B
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 05/23/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.62 | 26,398.94 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.49 | 26,358.45 |
| 02/02/2017 | 101 | International Sureties, Ltd. | bond # 016073584 | 2300-000 | | 8.33 | 26,350.12 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 26,314.75 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.10 | 26,275.65 |
| | | **COLUMN TOTALS** | | | **26,411.56** | **135.91** | **$26,275.65** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **26,411.56** | **135.91** | |
| | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$26,411.56** | **-$14,864.09** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | |
|---|---|
| **Case No.:** | 16-15533 |
| **Case Name:** | BURNS, DEBRA A. |
| **Taxpayer ID #:** | **-***9966 |
| **For Period Ending:** | 05/23/2017 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9266 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9266 Checking Account | $26,411.56 | -$14,864.09 | $26,275.65 |
| | $26,411.56 | -$14,864.09 | $26,275.65 |

**UST Form 101-7-TFR (5/1/2011)**

Printed: 05/23/2017 2:26 PM

Page: 1

## Exhibit C

## Claims Proposed Distribution Register

**Case: 16-15533 BURNS, DEBRA A.**

**Case Balance:** $26,275.65    **Total Proposed Payment:** $26,275.65    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Deutsche Bank Trust Co. Americas | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
|  | Atg Credit Lie | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
|  | Chase Card Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
|  | Chase Card Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
|  | Citibank/Best Buy | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
|  | Hyundai Motor Finance | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
|  | MCSI -Municipal Collection Services, Inc | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,275.65 |
| 1 | PYOD, LLC its successors and assigns as assignee | Unsecured | $6,127.46 | $6,127.46 | $0.00 | $6,127.46 | $6,127.46 | $20,148.19 |
| 2 | American InfoSource LP as agent for | Unsecured | $1,998.02 | $1,998.02 | $0.00 | $1,998.02 | $1,998.02 | $18,150.17 |
|  | SPRINGER BROWN, LLC | Admin Ch. 7 | $473.90 | $473.90 | $0.00 | $473.90 | $473.90 | $17,676.27 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | SPRINGER BROWN, LLC | Admin Ch. 7 | $5,860.00 | $5,860.00 | $0.00 | $5,860.00 | $5,860.00 | $11,816.27 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | David R. Brown | Admin Ch. 7 | $20,500.00 | $20,500.00 | $0.00 | $20,500.00 | $11,816.27 | $0.00 |

Printed: 05/23/2017 2:26 PM

Page: 2

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 16-15533 BURNS, DEBRA A.**

**Case Balance:** $26,275.65     **Total Proposed Payment:** $26,275.65     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | <2100-00 Trustee Compensation> | | | | | | | |
| | **Total for Case:** | **16-15533** | $34,959.38 | $34,959.38 | $0.00 | $34,959.38 | $26,275.65 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-15533
Case Name: DEBRA A. BURNS
Trustee Name: David R. Brown

**Balance on hand:** $ 26,275.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 26,275.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 20,500.00 | 0.00 | 11,816.27 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 5,860.00 | 0.00 | 5,860.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 473.90 | 0.00 | 473.90 |

Total to be paid for chapter 7 administrative expenses: $ 18,150.17
Remaining balance: $ 8,125.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,125.48

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 8,125.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $8,125.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 6,127.46 | 0.00 | 6,127.46 |
| 2 | American InfoSource LP as agent for | 1,998.02 | 0.00 | 1,998.02 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 8,125.48 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**