UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **DEBRA A. BURNS,** | ) | Bankruptcy No. 16-15533 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

DERRICK B HAGER, P.C.
1525 KAUTZ RD. SUITE 400
WEST CHICAGO, IL 60185

**VIA REGULAR MAIL**

DEBRA A. BURNS
1028 SHERINGHAM DR.
NAPERVILLE, IL 60565

PYOD, LLC its successors and
assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602

American InfoSource LP as
agent for
American Honda Finance
PO Box 248838
Oklahoma City, OK 73124-8838

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000