**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BURNS, DEBRA A.                    §   Case No. 16-15533
                                          §
                                          §
                                          §
             Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $190,344.00 | Assets Exempt: | $203,003.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $285,895.67 | Claims Discharged Without Payment: | $68,425.00 |
| Total Expenses of Administration: | $59,104.33 | | |

3) Total gross receipts of $360,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $345,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $250,797.65 | $277,770.19 | $277,770.19 | $277,770.19 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $59,104.33 | $59,104.33 | $59,104.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $68,425.00 | $8,125.48 | $8,125.48 | $8,125.48 |
| **TOTAL DISBURSEMENTS** | $319,222.65 | $345,000.00 | $345,000.00 | $345,000.00 |

4) This case was originally filed under chapter 7 on 05/06/2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/12/2017                    By: /s/ David R. Brown
                                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1028 Sheringham Dr., Naperville, IL 60565-0000, | 1110-000 | $360,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$360,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| First American Title | homestead | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Naperville | 4120-000 | NA | $264.68 | $264.68 | $264.68 |
| | Ocwen Loan Servicing | 4110-000 | NA | $277,505.51 | $277,505.51 | $277,505.51 |
| N/F | Deutsche Bank Trust Co. Americas | 4110-000 | $250,797.65 | NA | NA | NA |
| | **TOTAL SECURED** | | **$250,797.65** | **$277,770.19** | **$277,770.19** | **$277,770.19** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $11,816.27 | $11,816.27 | $11,816.27 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $5,860.00 | $5,860.00 | $5,860.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $473.90 | $473.90 | $473.90 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $8.33 | $8.33 | $8.33 |
| Costs to Secure/Maintain Property (insurance, locks, etc.) - American Cleanouts | 2420-000 | NA | $3,580.00 | $3,580.00 | $3,580.00 |
| Costs to Secure/Maintain Property (insurance, locks, etc.) - HBK Maintenance | 2420-000 | NA | $300.00 | $300.00 | $300.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Brighton Ridge Property | 2500-000 | NA | $1,042.88 | $1,042.88 | $1,042.88 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - DuPage County | 2500-000 | NA | $540.00 | $540.00 | $540.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Naperville Utilities | 2500-000 | NA | $878.45 | $878.45 | $878.45 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Professional Land Surveying | 2500-000 | NA | $350.00 | $350.00 | $350.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - SHS Properties, LLC | 2500-000 | NA | $9,786.92 | $9,786.92 | $9,786.92 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - first American Title | 2500-000 | NA | $2,245.00 | $2,245.00 | $2,245.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $127.58 | $127.58 | $127.58 |
| Realtor for Trustee Fees (Real Estate Commissions) - BHHS Koenig Rubloff | 3510-000 | NA | $22,095.00 | $22,095.00 | $22,095.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$59,104.33** | **$59,104.33** | **$59,104.33** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC as assignee of Citibank | 7100-000 | $0.00 | $6,127.46 | $6,127.46 | $6,127.46 |
| 2 | American InfoSource LP as agent for | 7100-000 | $0.00 | $1,998.02 | $1,998.02 | $1,998.02 |
| N/F | Atg Credit Lie | 7100-000 | $70.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $26,757.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $24,445.00 | NA | NA | NA |
| N/F | Citibank/Best Buy | 7100-000 | $6,127.00 | NA | NA | NA |
| N/F | Hyundai Motor Finance | 7100-000 | $10,776.00 | NA | NA | NA |
| N/F | MCSI -Municipal Collection Services, Inc | 7100-000 | $250.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$68,425.00** | **$8,125.48** | **$8,125.48** | **$8,125.48** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case No.: 16-15533

Case Name: BURNS, DEBRA A.

For Period Ending: 09/12/2017

Trustee Name: (330580) David R. Brown

Date Filed (f) or Converted (c): 05/06/2016 (f)

§ 341(a) Meeting Date: 05/31/2016

Claims Bar Date: 09/02/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1028 Sheringham Dr., Naperville, IL 60565-0000,<br>DuPage County<br>FMV based on zillow.com.<br><br>Entire property value: $474,520.00; Imported from original petition Doc# 1; Exemption: 1028 Sheringham Dr. Naperville, IL 60565 DuPage County FMV based on zillow.com AB-1.1  -  Amount: 15000.00 | 474,520.00 | 0.00 | | 360,000.00 | FA |
| 2 | 1997 Trailmaster Boat Trailer, Jet Ski trailer<br>($80), boat trailer ($600) | 680.00 | 0.00 | | 0.00 | FA |
| 3 | typical household furniture & appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | lap top computer, 20" flat screen TV, Blackberry | 600.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6 | misc costume jewelry<br>Orig. Description: misc costume jewelry; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: US Bank | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: US Bank | 5,500.00 | 0.00 | | 0.00 | FA |
| 10 | IRA: American Independent Securities Group, RBC<br>Capital Markets, LLC Individual Retirement Account | 162,596.00 | 0.00 | | 0.00 | FA |
| 11 | Midland Annuity | 18,407.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-15533 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Date Filed (f) or Converted (c): | 05/06/2016 (f) |
| | | § 341(a) Meeting Date: | 05/31/2016 |
| For Period Ending: | 09/12/2017 | Claims Bar Date: | 09/02/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2015 tax refund: Federal | 441.00 | 0.00 | | 0.00 | FA |
| 12 | Assets   Totals   (Excluding unknown values) | **$664,864.00** | **$0.00** | | **$360,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order entered 9/30/16 to sell debtor's real estate for $360,000 free and clear of liens. Closing on real estate scheduled for 11/15/2016. Trustee to then review claims and file objections thereto if necessary.

**Initial Projected Date Of Final Report (TFR):**   01/15/2017         **Current Projected Date Of Final Report (TFR):**   04/25/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/12/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/2016 | | First American Title | net proceeds of sale | | 26,411.56 | | 26,411.56 |
| | {1} | SHS Properties, LLC | gross sale prive $360,000.00 | 1110-000 | | | 26,411.56 |
| | | Ocwen Loan Servicing | first mortgage payoff -$277,505.51 | 4110-000 | | | 26,411.56 |
| | | Debra Burns | homestead -$15,000.00 | 8100-002 | | | 26,411.56 |
| | | BHHS Koenig Rubloff | real estate commission (gross) -$22,095.00 | 3510-000 | | | 26,411.56 |
| | | first American Title | title charges -$2,245.00 | 2500-000 | | | 26,411.56 |
| | | DuPage County | transfer taxes -$540.00 | 2500-000 | | | 26,411.56 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/12/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Brighton Ridge Property | delinquent condo assn fees -$1,042.88 | 2500-000 | | | 26,411.56 |
| | | Professional Land Surveying | survey -$350.00 | 2500-000 | | | 26,411.56 |
| | | SHS Properties, LLC | property tax proration credit -$9,786.92 | 2500-000 | | | 26,411.56 |
| | | City of Naperville | lien for unpaid water bill -$264.68 | 4120-000 | | | 26,411.56 |
| | | American Cleanouts | Clean out premises and removal of junk -$3,580.00 | 2420-000 | | | 26,411.56 |
| | | HBK Maintenance | change locks -$300.00 | 2420-000 | | | 26,411.56 |
| | | Naperville Utilities | utility hookup -$878.45 | 2500-000 | | | 26,411.56 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| | | Exhibit 9 |
|---|---|---|
| | Form 2 | Page: 3 |
| | Cash Receipts And Disbursements Record | |

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/12/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.62 | 26,398.94 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.49 | 26,358.45 |
| 02/02/2017 | 101 | International Sureties, Ltd. | bond # 016073584 | 2300-000 | | 8.33 | 26,350.12 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 26,314.75 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.10 | 26,275.65 |
| 06/23/2017 | 102 | PYOD, LLC as assignee of Citibank | Distribution payment - Dividend paid at 100.00% of $6,127.46; Claim # 1; Filed: $6,127.46 | 7100-000 | | 6,127.46 | 20,148.19 |
| 06/23/2017 | 103 | American InfoSource LP as agent for | Distribution payment - Dividend paid at 100.00% of $1,998.02; Claim # 2; Filed: $1,998.02 | 7100-000 | | 1,998.02 | 18,150.17 |
| 06/23/2017 | 104 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $473.90; Claim # AE; Filed: $473.90 | 3120-000 | | 473.90 | 17,676.27 |
| 06/23/2017 | 105 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $5,860.00; Claim # ; Filed: $5,860.00 | 3110-000 | | 5,860.00 | 11,816.27 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15533 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | BURNS, DEBRA A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9966 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/12/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/2017 | 106 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $11,816.27; Claim # FEE; Filed: $20,500.00 | 2100-000 | | 11,816.27 | 0.00 |
| | | | **COLUMN TOTALS** | | 26,411.56 | 26,411.56 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,411.56 | 26,411.56 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,411.56** | **$11,411.56** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-15533 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | BURNS, DEBRA A. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9966 | **Account #:** | ******9266 Checking Account |
| **For Period Ending:** | 09/12/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9266 Checking Account | $26,411.56 | $11,411.56 | $0.00 |
| | **$26,411.56** | **$11,411.56** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**